1  WILLIAM H. COLLIER, JR., CASB No. 97491
2  william.collier@kyl.com
   JENNIFER L. MEEKER, CASB No. 260138
3  jennifer.meeker@kyl.com
   KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   400 Oceangate, P.O. Box 1730
5  Long Beach, California 90801-1730
   Telephone:    (562) 436-2000
6  Facsimile:    (562) 436-7416
7
   Attorneys for Defendant
8  MS E.R. DARWIN SCHIFFARHTSGESELLSCHAFT
   mbH & CO KG (named as DOE 1)
9

10

11              UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13                                    CV12-00210 GAF (JEMx)

14  D'ANTONIO GARRETT,            )  Case No. _____
                                  )
15                   Plaintiff,   )  **NOTICE OF REMOVAL OF**
                                  )  **ACTION TO FEDERAL COURT**
16        vs.                     )  **UNDER 28 U.S.C. § 1441(A)**
                                  )
17  THE CONTAINERSHIP CO. ASA     )  **(DIVERSITY JURISDICTION)**
    (TCC) and DOES 1-50, inclusive, )
18                                  )
                                  )
19                   Defendants.  )
                                  )
20                                  )

21

22  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

23  CENTRAL DISTRICT OF CALIFORNIA:

24         PLEASE TAKE NOTICE that MS E.R. DARWIN

25  SCHIFFARHTSGESELLSCHAFT mbH & CO KG (named as DOE 1) ("MS

26  E.R. Darwin"), hereby removes to this Court the State Court action

27  described below:

28

                              - 1 -                    KYL_LB1461717

1.     On July 12, 2011, D'ANTONIO GARRETT ("Plaintiff") filed a Summons and Complaint in the Superior Court of the State of California, County of Los Angeles, thereby commencing a civil action entitled D'Antonio Garrett v. The Containership Co. ASA (TCC) And Does 1-50, inclusive, Case No. NC044102 (the "State Court Action").

2.     On November 8, 2011, Plaintiff amended his Complaint to add MS E.R. Darwin as Doe 1.   A conformed copy of Plaintiff's Amendment to Complaint adding MS. E.R. Darwin as Doe 1 is attached hereto as Exhibit 1.

3.     On November 30, 2011, Plaintiff dismissed The Containership Co., ASA (TCC). A conformed copy of Plaintiff's Request for Dismissal of The Containership Co., ASA (TCC) is attached hereto as Exhibit 2.

4.     On December 2, 2011, Plaintiff served MS E.R. Darwin by certified, first class mail, postage prepaid, requiring a return receipt. Pursuant to California Long Arm Statute, C.C.P. Section 415.40, service was deemed complete on or about December 12, 2011.  A copy of all processes, pleadings and orders served on MS E.R. Darwin in the State Court Action, including the aforementioned Summons and Complaint, are attached hereto as Exhibit 3.

5.     To the best of MS E.R. Darwin's knowledge, the only proceedings, processes, pleadings, orders or other papers that have been filed or served in the State Court Action are the Amendment of Complaint attached as Exhibit 1, the Request for Dismissal attached as Exhibit 2, the Summons and Complaint, the supporting Civil Case Cover Sheet, a Certificate of Case Assignment, a Notice of an Order to Show Cause Hearing, a Notice of Case Management Conference, and Statement of Damages attached hereto as Exhibit 3, and a Notice of Lien of Lien

KYL_LB1461717

1   Claimants TraPac, Inc. and Signal Mutual Indemnity Association attached

2   hereto as Exhibit 4.

3       6.   **JURISDICTION**:  This Court has original jurisdiction

4   over this civil action pursuant to 28 U.S.C. section 1332, and the action is

5   one that may be removed to the District Court pursuant to 28 U.S.C.

6   section 1441(a), by reason of the following:

7           a.   Amount in Controversy: According to the Statement

8   of Damages served on MS. E.R. Darwin with the Summons and Complaint,

9   the amount in controversy exceeds $75,000, which includes: (1) economic

10  damages in excess of $500,000 consisting of pain and suffering, mental

11  distress and shock, and loss of earning capacity by Plaintiff; and (2) non-

12  economic damages in excess of $500,000 consisting of past and future

13  medical expenses, loss of income and economic harm to Plaintiff.

14          b.   Diversity of Citizenship: Complete diversity exists

15  among and between the parties.  Specifically, at the time the Complaint

16  was filed in the State Court Action and at the time of Removal, Plaintiff

17  was and is a citizen of the State of California and Defendant MS E.R.

18  Darwin was and is a German corporation with its principal place of

19  business in Germany.

20          c.   The Containership Co., ASA (TCC) has been

21  dismissed and is no longer a party to this action. See Exhibit 2.

22          d.   The citizenship of DOES 2-50 are disregarded for

23  purposes of removal pursuant to 28 U.S.C. section 1441(a).

24      7.   **TIMING**: This Notice of Removal is filed within thirty (30)

25  days of the completion of service of the Summons and Complaint on MS

26  E.R. Darwin.

27

28

KYL_LB1461717

1         8.   **VENUE**:  The State Court in which this action was

2    commenced, the County of Los Angeles, is within the jurisdictional are of

3    this Court.

4         9.   Notice of Removal is concurrently being filed with the

5    Superior Court of California, County of Los Angeles, and is being served on

6    Plaintiff, as reflected by Exhibit 5 attached hereto.

7

8

9    DATED:  January 9, 2012

10                                   WILLIAM H. COLLIER, JR.

                                        JENNIFER L. MEEKER

11                                   KEESAL, YOUNG & LOGAN

                                Attorneys for Defendant

12                                   MS E.R. DARWIN

                                SCHIFFARHTSGESELLSCHAFT

13                                   MBH & CO KG (named as DOE 1)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_LB1461717

# Exhibit 1

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER 140106 | Reserved for Clerk's File Stamp |
|---|---|---|

BRIAN S. DETRICK
DETRICK LAW OFFICE
400 OCEANGATE, SUITE 800
400 OCEANGATE, STE. 800
LONG BEACH, CA  90802
562-435-9102
ATTORNEY FOR (Name): D'ANTONIO GARRETT

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

NOV  8 2011

COURTHOUSE ADDRESS:
505 SOUTH CENTRE STREET
SAN PEDRO, CA  90731

John A. Clarke, Executive Officer/Clerk

PLAINTIFF: D'ANTONIO GARRETT

By M. Sangalang, Deputy

DEFENDANT: THE CONTAINERSHIP CO. ASA (TCC), et. al.

| **AMENDMENT TO COMPLAINT** (Fictitious / Incorrect Name) | CASE NUMBER: NC044102 |
|---|---|

[X] **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 1

and having discovered the true name of the defendant to be:

TRUE NAME
MS E.R. Darwin Schiffarhtsgesellschaft mbH & Co KG

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE 11/1/11 | TYPE OR PRINT NAME BRIAN S. DETRICK | SIGNATURE OF ATTORNEY |
|---|---|---|

[ ] **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME BRIAN S. DETRICK | SIGNATURE OF ATTORNEY |
|---|---|---|

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____
Dated

_____
Judicial Officer

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5,
472, 473, 474
LA-15

# Exhibit 2

4247 - 115

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

BRIAN S. DETRICK
DETRICK LAW OFFICE
400 OCEANGATE, SUITE 800
400 OCEANGATE, STE. 800
LONG BEACH, CA 90802

TELEPHONE NO 562-435-9102    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): D'ANTONIO GARRETT

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

RECEIVED
LOS ANGELES SUPERIOR COURT

NOV 3 0 2011

NOV 3 0 2011 John A. Clarke, Executive Officer/Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS 505 SOUTH CENTRE STREET
MAILING ADDRESS 505 SOUTH CENTRE STREET
CITY AND ZIP CODE SAN PEDRO, CA 90731
BRANCH NAME: SOUTH

JOHN A. CLARKE, CLERK
BY_____
DEPUTY

By M. Sangalang, Deputy

PLAINTIFF/PETITIONER: D'ANTONIO GARRETT

DEFENDANT/RESPONDENT: THE CONTAINERSHIP CO. ASA (TCC), et. al.

| REQUEST FOR DISMISSAL | CASE NUMBER |
|---|---|
| Personal Injury, Property Damage, or Wrongful Death | NC044102 |
| Motor Vehicle    Other | |
| Family Law    Eminent Domain | |
| Other (specify): | |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ___ With prejudice   (2) X Without prejudice
   b. (1) ___ Complaint    (2) ___ Petition
      (3) ___ Cross-complaint filed by (name):                          on (date):
      (4) ___ Cross-complaint filed by (name):                          on (date):
      (5) ___ Entire action of all parties and all causes of action
      (6) X Other (specify):* as to THE CONTAINERSHIP CO. ASA (TCC) Only

2. (Complete in all cases except family law cases.)
   Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed.)

Date: 11/16/11

BRIAN S. DETRICK ........................................
(TYPE OR PRINT NAME OF   X   ATTORNEY    PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)
Attorney or party without attorney for:

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

_____
(TYPE OR PRINT NAME OF    ATTORNEY    PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)
Attorney or party without attorney for: D'ANTONIO GARRETT

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

X Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - Complainant

(To be completed by clerk)
4. ✓ Dismissal entered as requested on (date):
5. ✓ Dismissal entered on (date): NOV 3 0 2011 as to only (name): as stated above
6. ___ Dismissal **not entered** as requested for the following reasons (specify):
   NOV 3 0 2011
7. a. ✓ Attorney or party without attorney notified on (date):
   b. ___ Attorney or party without attorney not notified. Filing party failed to provide a copy to be conformed    means to return conformed copy

Date: _____    Clerk, by M. T. SANGALANG _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390

CIV-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: D'ANTONIO GARRETT<br><br>DEFENDANT/RESPONDENT: THE CONTAINERSHIP CO. ASA (TCC),<br>et. al. | CASE NUMBER:<br>NC044102 |

## Declaration Concerning Waived Court Fees

> The court has a statutory lien for waived fees and costs on any recovery of $10,000 or more in value by settlement, compromise, arbitration award, mediation settlement, or other recovery. The court's lien must be paid before the court will dismiss the case.

1. The court waived fees and costs in this action for *(name):* N/A

2. The person in item 1 *(check one):*
   a. _____ is not recovering anything of value by this action.
   b. _____ is recovering less than $10,000 in value by this action.
   c. _____ is recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. _____ All court fees and costs that were waived in this action have been paid to the court *(check one):*    Yes    No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 11/16/11

BRIAN S. DETRICK

(TYPE OR PRINT NAME OF   X   ATTORNEY      PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

**REQUEST FOR DISMISSAL**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California  90801-1730.

     On November 29, 2011, I served the foregoing documents described as **REQUEST FOR DISMISSAL** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Brian S. Detrick, Esq.               William H. Collier, Jr., Esq.
Detrick Law Offices               Keesal, Young & Logan
400 Oceangate, Suite 800          400 Oceangate
Long Beach, CA  90802            Long Beach, CA 90802p

     ☒     BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

     ☐     I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

     ☒     I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Long Beach, California.

     Executed on November 29, 2011 at Long Beach, California.

     I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
RACQUEL SULLIVAN

# Exhibit 3

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:** THE CONTAINERSHIP CO. ASA (TCC)
*(AVISO AL DEMANDADO):* and DOES 1-50, inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 1 2 2011

John A. Clarke, Executive Officer/Clerk

By_____, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:** D'ANTONIO GARRETT
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA<br>505 SOUTH CENTRE STREET<br>505 SOUTH CENTRE STREET<br>SAN PEDRO, CA  90731 | CASE NUMBER:<br>*(Número del Caso):*<br>NC044102 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BRIAN S. DETRICK                                       562-435-9102
DETRICK LAW OFFICE
400 OCEANGATE, SUITE 800
LONG BEACH, CA  90802

DATE:                                       Clerk, by_____, Deputy
*(Fecha)*                                    *(Secretario)*                          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):* CCP 415.40
4. ☐ by personal delivery on *(date):*

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
Plus

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

1    RODNEY C. PRANIN (SBN 72291)
     LAW OFFICES OF RODNEY C. PRANIN
2    302 W. 5th Street, Suite 100
3    San Pedro, CA 90731
     Phone: (310) 830-0671
4    Fax:    (310) 830-0999

5    BRIAN S. DETRICK (SBN 140106)
6    DETRICK LAW OFFICE
     400 Oceangate, Suite 800
7    Long Beach, California  90802-4388
     Phone: (562) 435-9102
8    Fax:    (562) 432-2134
9    Email: DetrickLawOffice@earthlink.net

10   Attorney for D'Antonio Garrett

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

OSC

JUL 12 2011

SEP 22 2011

John A. Clarke, Executive Officer/Clerk
By _____ , Deputy

88C @ 830AM

CMC

DEC 15 2011

DEPT 88C

11
12           SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                    COUNTY OF LOS ANGELES

14                        SOUTH DISTRICT

15                                              N C 0 4 4 1 0 2

16   D'ANTONIO GARRETT,              Case No.:
                                     [Unlimited Jurisdiction]
17                    Plaintiff(s),

18            vs.

19   THE CONTAINERSHIP CO. ASA (TCC)
     and DOES 1-50, inclusive,
20
                      Defendant(s).    COMPLAINT FOR DAMAGES FOR
21                                     PERSONAL INJURIES; DEMAND FOR
                                       JURY TRIAL
22

23

24

25
26           COMES NOW, Plaintiff, D'ANTONIO GARRETT, and for a Cause of Action against
27   Defendants, and each of them, complains and alleges as follows:
28

                                          1
     COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES; DEMAND FOR JURY TRIAL

(sidebar) DETRICK LAW OFFICE
400 Oceangate, Suite 800
Long Beach, CA 90802-4388
Tel. (562) 435-9102 • Fax (562) 432-2134

## THE PARTIES

1.     At all times herein mentioned, plaintiff D'ANTONIO GARRETT (hereinafter "GARRETT") was an individual residing in the State of California, County of Los Angeles.

2.     At all times herein mentioned, defendant SUZHOU DRAGON (hereinafter "DRAGON") was a business entity doing business in the State of California, County of Los Angeles.

3.     At all times herein mentioned, defendant THE CONTAINERSHIP CO. ASA (TCC), (hereinafter "ASA") was a business entity doing business in the State of California, County of Los Angeles.

4.     The true names and capacities of defendants, DOES 1 through 50, and each of them, inclusive, whether individual, corporate, associate or otherwise, are sued herein under fictitious names, pursuant to California Code of Civil Procedure Section 474, because their true names and capacities are presently unknown to plaintiff who therefore sues said defendants by such fictitious names and capacities.  Plaintiff prays leave to amend this Complaint to show their true names and capacities when the same have been ascertained; that each of the defendants named herein as a DOE is legally responsible for the events and happenings herein described and for the damages caused thereby.

5.     Plaintiff is informed and believes, and on that basis alleges, that at all relevant times herein each of the Defendants was the agent, servant, employee, alter ego, or joint venturer of each of the other Defendants.  In doing the things hereafter alleged each Defendant acted within the course and scope of said agency, relationship, employment, alter ego, or joint venture with the full knowledge, consent and permission of each of the remaining Defendants, or each Defendant has ratified, approved and adopted as its own the acts of each of the other Defendants.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

6.     The incident made the basis of this suit occurred within the County of Los Angeles.

7.     That at all times herein mentioned, each Defendant did business in the County of Los Angeles, State of California.

DETRICK LAW OFFICE
400 Oceangate, Suite 800
Long Beach, CA  90802-4388
Tel. (562) 435-9102 • Fax (562) 432-2134

COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES; DEMAND FOR JURY TRIAL

8.     That at all times herein mentioned, each Defendant was the agent, servant and employee of the remaining co-Defendants and was at all times acting within the course and scope of said agency, service and employment.

### FIRST CAUSE OF ACTION

**(Against ASA and Does 1-30)**

9.     That at all times herein mentioned, Defendants owned, operated, managed, maintained, chartered and controlled the vessel SUZHOU DRAGON and/or its cargo, and used and employed said vessel in the transportation of cargo for hire in interstate and foreign commerce.

10.     That on January 21, 2011, said vessel was docked at the TRAPAC Terminal, Berth 136, in the Port of Los Angeles, California, and was on navigable waters of the United States.

11.     That at said time and place, Plaintiff was employed as a longshoreman and was aboard or alongside of said vessel in order to perform his work, and was at all times acting within the course and scope of said employment.

12.     That at said time and place, Defendants, and each of them, were negligent in that, among other things:

1) They caused, allowed and permitted cargo operations, and the storage thereof, to be in and to be conducted in a dangerous, defective and hazardous condition;

2) They caused, allowed and permitted Plaintiff to be injured;

3) The gear, equipment and appurtenances were in a dangerous, defective and hazardous condition;

4) They failed to provide proper tools and equipment and to keep same in repair;

5) They failed to promulgate and enforce safe and proper rules of seamanship;

6) They failed to warn Plaintiff of impending dangers and perils;

7) They failed to provide a safe place in which to work;

8) They failed to provide a vessel reasonably fit and safe for its intended use;

DETRICK LAW OFFICE
400 Oceangate, Suite 800
Long Beach, CA  90802-4388
Tel. (562) 435-9102 • Fax (562) 432-2134

3

**COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES; DEMAND FOR JURY TRIAL**

9)   They allowed and permitted dangerous work methods and in doing so violated industry standards set forth both in applicable safety orders, regulations and violated industry standards of custom and practice; and

10)   They failed to provide proper and safe ingress and egress to the subject vessel.

13.   As a proximate result of said accident, Plaintiff was hurt and injured in health, strength and activity, sustaining injury to Plaintiff's body, including but not limited to, his spine and other body parts.

14.   Further, Plaintiff has suffered and will continue to suffer shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause Plaintiff great mental, physical and nervous pain and suffering; Plaintiff is informed and believes and thereon alleges that said injuries will result in some permanent disability to Plaintiff.

15.   Solely and proximately as a result of the accident caused as aforesaid, Plaintiff incurred indebtedness for physicians, hospitalization, x-rays, drugs and sundries in the treatment of said injuries in an amount unascertained at this time, and Plaintiff will become obligated in the further treatment of said injuries for an indefinite period of time in the future.  Plaintiff requests just compensation according to proof.

16.   That by reason of the premises, Plaintiff has suffered, and will continue in the future to suffer, loss of income and earnings capacity in an amount which is not known at this time, and Plaintiff requests compensation therefore according to proof.

17.   As a result of the aforementioned injuries, caused as aforesaid, Plaintiff suffered general damages in an amount within the jurisdiction of this court.

## SECOND CAUSE OF ACTION
### (Against Does 20-50)

18.   Plaintiff repeats, realleges and repleads the above paragraphs of the First Cause of Action as though fully set forth herein at length.

DETRICK LAW OFFICE
400 Oceangate, Suite 800
Long Beach, CA. 90802-4388
Tel. (562) 435-9102 • Fax (562) 432-2134

4

19.     The Defendants, not including the vessel owner, so negligently, carelessly and defectively caused, allowed and permitted Plaintiff to sustain injury and damages.  More specifically, said Defendants negligently, carelessly and defectively controlled, entrusted, maintained, serviced, operated, certified, inspected, advised, repaired, manufactured, constructed, designed, contracted, sold, distributed, tested and warranted certain of the vessel's and/or dock's machinery, tools, premises, equipment, appliances and components thereof so as to cause, allow and permit the Plaintiff to sustain injuries and damages as herein above set forth.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1.     For general damages in an amount within the jurisdiction of this Court;

2.     For medical and special damages according to proof;

3.     For loss of earnings and earning capacity according to proof;

4.     For costs of suit incurred herein; and

5.     For pre-judgment interest pursuant to Civil Code §3291 according to proof; and

6.     For such other and further relief as the Court may deem just and proper.

Dated: July ___, 2011                     DETRICK LAW OFFICE

By: _____
BRIAN S. DETRICK, Attorney for D'ANTONIO
GARRETT

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of the within matter.

Dated: July ___, 2011                     DETRICK LAW OFFICE

By: _____
BRIAN S. DETRICK, Attorney for D'ANTONIO
GARRETT

DETRICK LAW OFFICE
400 Oceangate, Suite 800
Long Beach, CA 90802-4388
Tel. (562) 435-9102 • Fax (562) 432-2134

5

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| BRIAN S. DETRICK<br>DETRICK LAW OFFICE<br>400 OCEANGATE, SUITE 800<br>400 OCEANGATE, STE. 800<br>LONG BEACH, CA  90802<br>TELEPHONE NO.: 562-435-9102       FAX NO.:<br>ATTORNEY FOR *(Name)*: D'ANTONIO GARRETT | **CONFORMED COPY**<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 12 2011<br><br>John A. Clarke, Executive Officer/Clerk<br>By_____ Deputy<br>T. Show |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 505 SOUTH CENTRE STREET
MAILING ADDRESS: 505 SOUTH CENTRE STREET
CITY AND ZIP CODE: SAN PEDRO, CA  90731
BRANCH NAME: SOUTH

CASE NAME:  GARRETT v. THE CONTAINERSHIP CO. ASA (TCC), et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: **NC044102** |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* ONE
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: July 11, 2011

BRIAN S. DETRICK
(TYPE OR PRINT NAME)                                                    ▶ _____
                                                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** Legal Solutions Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

| SHORT TITLE: GARRETT v. THE CONTAINERSHIP CO. ASA (TCC), et al. | CASE NUMBER |
|---|---|

FOR COURT USE ONLY

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL 5 [ ] HOURS/ [X] DAYS

Item II. Select the correct district and courthouse location (4 steps – if you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | [ ] A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | [ ] A6070 Asbestos Property Damage | 2. |
| | | [ ] A7221 Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210 Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | [ ] A7240 Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | [ ] A7250 Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | [ ] A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | [ ] A7270 Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | [X] A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |

LACIV 109 (Rev. 01/11)
LASC Draft 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC, rule 2.0
Page 1 of 4

LA-CV109

| SHORT TITLE: GARRETT v. THE CONTAINERSHIP CO. ASA (TCC), et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation    Number of parcels ____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: GARRETT v. THE CONTAINERSHIP CO. ASA (TCC), et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108   Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115   Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151   Writ - Administrative Mandamus<br>☐ A6152   Writ - Mandamus on Limited Court Case Matter<br>☐ A6153   Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review (39) | ☐ A6150   Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003   Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007   Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006   Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035   Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036   Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014   Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141   Sister State Judgment<br>☐ A6160   Abstract of Judgment<br>☐ A6107   Confession of Judgment (non-domestic relations)<br>☐ A6140   Administrative Agency Award (not unpaid taxes)<br>☐ A6114   Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112   Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033   Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030   Declaratory Relief Only<br>☐ A6040   Injunctive Relief Only (not domestic/harassment)<br>☐ A6011   Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000   Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113   Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121   Civil Harassment<br>☐ A6123   Workplace Harassment<br>☐ A6124   Elder/Dependent Adult Abuse Case<br>☐ A6190   Election Contest<br>☐ A6110   Petition for Change of Name<br>☐ A6170   Petition for Relief from Late Claim Law<br>☐ A6100   Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| SHORT TITLE: GARRETT v. THE CONTAINERSHIP CO. ASA (TCC), et al. | CASE NUMBER | NC044102 |
|---|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE<br><br>☐1. ☐2. ☒3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 920 W Harry Bridges Blvd<br>Berth 136 |
|---|---|

| CITY:<br>Wilmington | STATE:<br>CA | ZIP CODE:<br>90744 | |
|---|---|---|---|

Item IV. *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the San Pedro _____ courthouse in the South _____ District of the Los Angeles Superior Court [Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)].

Dated: July 11, 2011

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)
Brian S. Detrick

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LASC Approved CIV 109 (Rev. 01/07).

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE
### (CRC 3.221 Information about Alternative Dispute Resolution)

For additional ADR information and forms visit the Court ADR web application at www.lasuperiorcourt.org (click on ADR).

The plaintiff shall serve a copy of this Information Package on each defendant along with the complaint (Civil only).

**What is ADR:**
Alternative Dispute Resolution (ADR) is the term used to describe all the other options available for settling a dispute which once had to be settled in court. ADR processes, such as arbitration, mediation, neutral evaluation (NE), and settlement conferences, are less formal than a court process and provide opportunities for parties to reach an agreement using a problem-solving approach.

There are many different kinds of ADR. All of them utilize a "neutral", an impartial person, to decide the case or help the parties reach an agreement.

**Mediation:**
In mediation, a neutral person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

   **Cases for Which Mediation May Be Appropriate**
   Mediation may be particularly useful when parties have a dispute between or among family members, neighbors, or business partners. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

   **Cases for Which Mediation May Not Be Appropriate**
   Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Arbitration:**
In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. *Nonbinding arbitration* means that the parties are free to request a trial if they do not accept the arbitrator's decision.

   **Cases for Which Arbitration May Be Appropriate**
   Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

   **Cases for Which Arbitration May Not Be Appropriate**
   If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Neutral Evaluation:**
In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

   **Cases for Which Neutral Evaluation May Be Appropriate**
   Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

   **Cases for Which Neutral Evaluation May Not Be Appropriate**
   Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences:**
Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

## LOS ANGELES SUPERIOR COURT ADR PROGRAMS

**CIVIL:**
- Civil Action Mediation (Governed by Code of Civil Procedure (CCP) sections 1775-1775.15, California Rules of Court, rules 3.850-3.868 and 3.890-3.898 Evidence Code sections 1115-1128, and Los Angeles Superior Court Rules, chapter 12.)
- Retired Judge Settlement Conference
- Neutral Evaluation (Governed by Los Angeles Superior Court Rules, chapter 12.)
- Judicial Arbitration (Governed by Code of Civil Procedure sections 1141.10-1141.31, California Rules of Court, rules 3.810-3.830, and Los Angeles Superior Court Rules, chapter 12.)
- Eminent Domain Mediation (Governed by Code of Civil Procedure section 1250.420.)
- Civil Harassment Mediation
- Small Claims Mediation

**FAMILY LAW (non-custody):**
- Mediation
- Forensic Certified Public Accountant (CPA) Settlement Conference
- Settlement Conference
- Nonbinding Arbitration (Governed by Family Code section 2554.)

**PROBATE:**
- Mediation
- Settlement Conference

### NEUTRAL SELECTION

Parties may select a mediator, neutral evaluator, or arbitrator from the Court Party Select Panel or may hire someone privately, at their discretion. If the parties utilize the Random Select Mediation or Arbitration Panel, the parties will be assigned on a random basis the name of one neutral who meets the case criteria entered on the court's website.

### COURT ADR PANELS

| | |
|---|---|
| **Party Select Panel** | The Party Select Panel consists of mediators, neutral evaluators, and arbitrators who have achieved a specified level of experience in court-connected cases. The parties (collectively) may be charged $150.00 per hour for the first three hours of hearing time. Thereafter, the parties may be charged for additional hearing time on an hourly basis at rates established by the neutral if the parties consent in writing. |
| **Random Select Panel** | The Random Select Panel consists of trained mediators, neutral evaluators, and arbitrators who have not yet gained the experience to qualify for the Party Select Panel, as well as experienced neutrals who make themselves available pro bono as a way of supporting the judicial system. It is the policy of the Court that all Random Select panel volunteer mediators, neutral evaluators, and arbitrators provide three hours hearing time per case. Thereafter, the parties may be charged for additional hearing time on an hourly basis at rates established by the neutral if the parties consent in writing. |
| **Private Neutral** | The market rate for private neutrals can range from $300-$1,000 per hour. |

### ADR ASSISTANCE

For assistance regarding ADR, please contact the ADR clerk at the courthouse in which your case was filed.

| COURTHOUSE | ADDRESS | ROOM | CITY | PHONE | FAX |
|---|---|---|---|---|---|
| Antonovich | 42011 4th St. West | None | Lancaster, CA 93534 | (661)974-7275 | (661)974-7060 |
| Chatsworth | 9425 Penfield Ave. | 1200 | Chatsworth, CA 91311 | (818)576-8565 | (818)576-8687 |
| Compton | 200 W. Compton Blvd. | 1002 | Compton, CA 90220 | (310)603-3072 | (310)223-0337 |
| Glendale | 600 E. Broadway | 273 | Glendale, CA 91206 | (818)500-3160 | (818)548-5470 |
| Long Beach | 415 W. Ocean Blvd. | 316 | Long Beach, CA 90802 | (562)491-6272 | (562)437-3802 |
| Norwalk | 12720 Norwalk Blvd. | 308 | Norwalk, CA 90650 | (562)807-7243 | (562)462-9019 |
| Pasadena | 300 E. Walnut St. | 109 | Pasadena, CA 91101 | (626)356-5685 | (626)666-1774 |
| Pomona | 400 Civic Center Plaza | 106 | Pomona, CA 91766 | (909)620-3183 | (909)629-6283 |
| San Pedro | 505 S. Centre | 209 | San Pedro, CA 90731 | (310)519-6151 | (310)514-0314 |
| Santa Monica | 1725 Main St. | 203 | Santa Monica, CA 90401 | (310)260-1829 | (310)319-6130 |
| Stanley Mosk | 111 N. Hill St. | 113 | Los Angeles, CA 90012 | (213)974-5425 | (213)633-5115 |
| Torrance | 825 Maple Ave. | 100 | Torrance, CA 90503 | (310)222-1701 | (310)782-7326 |
| Van Nuys | 6230 Sylmar Ave. | 418 | Van Nuys, CA 91401 | (818)374-2637 | (818)902-2440 |

Partially Funded by the Los Angeles County Dispute Resolution Program
A complete list of the County Dispute Resolution Programs is available online and upon request in the Clerk's Offices

LAADR 005 (Rev.12-09)
LASC Approved 05-09

Page 2 of 2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE

Case Number _____ NC044102 _____

THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| ✓ Hon. Judge Roy L. Paul | 88C | 676 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on **JUL 1 2 2011**   JOHN A. CLARKE, Executive Officer/Clerk

By __T.Simmons_____, Deputy Clerk

LACIV _____ 190 (Rev. 04/07)
LASC Approved 05-06

**NOTICE OF CASE ASSIGNMENT –
UNLIMITED CIVIL CASE**

Page 1 of 2



## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the Chapter Seven Rules, as applicable in the Central District, are summarized for your assistance.

### APPLICATION

The Chapter Seven Rules were effective January 1, 1994. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES

The Chapter Seven Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE

A challenge under Code of Civil Procedure section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS

Cases assigned to the Individual Calendaring Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served and proof of service shall be filed within 60 days after the filing of the complaint.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

A Status Conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE

The Court will require the parties at a status conference not more than 10 days before the trial to have timely filed and served all motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested jury instructions, and special jury instructions and special jury verdicts. These matters may be heard and resolved at this conference. At least 5 days before this conference, counsel must also have exchanged lists of exhibits and witnesses and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Eight of the Los Angeles Superior Court Rules.

### SANCTIONS

The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Seven Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Seven Rules. Such sanctions may be on a party or if appropriate on counsel for the party.

**This is not a complete delineation of the Chapter Seven Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is absolutely imperative.**

### *Class Actions

All class actions are initially assigned to Judge Victoria Chaney in Department 324 of the Central Civil West courthouse (600 S. Commonwealth Ave., Los Angeles 90005). This assignment is for pretrial purposes and for the purpose of assessing whether or not the case is complex within the meaning of California Rules of Court, rule 3.400. Depending on the outcome of that assessment, the class action case may be reassigned to one of the judges of the Complex Litigation Program or reassigned randomly to a court in the Central District.

**NOTICE OF CASE ASSIGNMENT –
UNLIMITED CIVIL CASE**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

**COURTHOUSE ADDRESS:**
**505 S. Center Street, San Pedro CA 90731**

PLAINTIFF:

DEFENDANT:

### ORDER TO SHOW CAUSE HEARING

Reserved for Clerk's File Stamp

**CASE NUMBER:** NC044102

To party/ attorney of record:

OSC

You are ordered to appear for an Order to Show Cause Hearing on:

| Date: SEP 22 2011 | Time: 8:30am | Dept.: 88C | Address: 638 S. Beacon St., San Pedro CA 90731 |

OSC @ 830AM

and show cause why sanctions should not be imposed for:

☑ Failure to file:

☑ Proof of Service of ☐ Petition ☑ Summons and ☑ Complaint ☐ Cross-Complaint pursuant to California Rules of Court, rule 3.110(b) and (c) as to: all named parties .

☐ Request for Entry of Default pursuant to California Rules of Court, rule 3.110(g) as to: _____

☐ Request for Entry of Default Judgment pursuant to California Rules of Court:
  ☐ rule 3.110(h)     ☐ rule 3.740(f)     as to: _____ .

☐ Request to Set Case for Trial-Unlawful Detainer.

☐ Case Management Statement pursuant to California Rules of Court, rules 3.720-3.730.

☐ Request for Dismissal
  ☐ as to remaining defendants
  ☐ as to cross-complaint
  ☐ pursuant to settlement agreement
  ☐ other _____

☐ Judgment pursuant to court order.

☐ (Other) _____ .

☐ Failure to appear as ordered on _____ ☐ regarding _____
_____

☐ Failure to file any and all papers/documents necessary to bring the matter to trial or effect a final disposition as to all issues and parties to the action.

☐ (Other) _____ .

LACIV 166 (Rev. 09/08)
LASC Approved 06-04

**ORDER TO SHOW CAUSE HEARING**

Page 1 of 2
LASC Local Rules, Chapter 7
Cal. Rules of Court, rule 2.30

| Short Title | Case Number |
|---|---|
|  |  |

Failure to comply or appear may result in sanctions, pursuant to one or more of the following:  California Rules of Court, rule 2.30, and rule 3.1340; Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.310, 583.360, 583.410, 583.420, 583.430; and Government Code section 68608.

☑ To avoid a mandatory appearance all required documents must be filed in ☐ this Dept ☑ Clerk's Office, Room _202_____ at least 5 court days prior to the date of the hearing.

☐ The Court may infer from your failure to appear that possession of the premises is no longer at issue, and that your case is not entitled to preference in setting pursuant to Code of Civil Procedure section 1179a.

☐ Your are ordered to give notice of said hearing forthwith to any party served with summons and complaint prior to OSC Hearing and file a Proof of Service in this department or Clerk's Office at least 5 court days prior to the date of the hearing.

Dated: ___JUL 1 2 2011___                          _____  Roy L. Paul
                                                                          Judicial Officer

---

## CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the **Order to Show Cause Hearing** upon each party or counsel named below/above by depositing in the United States mail at the courthouse in ____San Pedro_____, California, one copy of the original filed/entered herein

( ) by personally giving to _____          ( ) by mailing forms to the attorney/party via
attorney service upon filing the complaint                      provided self addressed stamped envelope

( ) by personally giving to attorney/ party upon
filing the complaint

JOHN A. CLARKE, Executive Officer/Clerk

Dated: ___JUL 1 2 2011___                   By: T.Simmons _____
                                                                  (Deputy Clerk)

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

### NOTICE OF CASE MANAGEMENT CONFERENCE

CASE NUMBER: NC044102

**TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:**

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

| Date: DEC 1 5 2011 | Time: 08:30 am | Dept.: 88C |
|---|---|---|

DEPT 88C

**NOTICE TO DEFENDANT:** THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 7.13, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: JUL 1 2 2011

Roy L. Paul
Judicial Officer

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☐ by depositing in the United States mail at the courthouse in _____San Pedro_____, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☑ by personally giving the party notice upon filing of the complaint.

( ) forms were handed to _____ attorney service

JOHN A. CLARKE, Executive/Officer Clerk

Dated: JUL 1 2 2011

By  T.Simmons
Deputy Clerk

### NOTICE OF
### CASE MANAGEMENT CONFERENCE

1    **RODNEY C. PRANIN (SBN 72291)**
     LAW OFFICES OF RODNEY C. PRANIN
2    302 W. 5th Street, Suite 100
     San Pedro, CA 90731
3    Phone: (310) 830-0671
     Fax:    (310) 830-0999
4

5    **BRIAN S. DETRICK (SBN 140106)**
     DETRICK LAW OFFICE
6    400 Oceangate, Suite 800
     Long Beach, California 90802-4388
7    Phone: (562) 435-9102
     Fax:    (562) 432-2134
8    Email: DetrickLawOffice@earthlink.net
9

10   Attorney for D'Antonio Garrett

11

12           SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                 COUNTY OF LOS ANGELES

14                     SOUTH DISTRICT

|  |  |
|---|---|
| 15   D'ANTONIO GARRETT, | Case No.:    NC044102 |
| 16 | [Unlimited Jurisdiction] |
|                Plaintiff(s), | |
| 17      vs. | For all purposes assigned to: |
| | Judge: Hon. Roy L. Paul |
| 18   THE CONTAINERSHIP CO. ASA (TCC) | Dept.: 88C |
|     and DOES 1-50, inclusive, | |
| 19 | |
|              Defendant(s). | **STATEMENT OF DAMAGES** |
| 20 | |

21

22

23

24

25      TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

26       Plaintiff, D'ANTONIO GARRETT, by and through his counsel of record, Law Offices of

27   Rodney C. Pranin, by Rodney C. Pranin, and Detrick Law Office, by Brian S. Detrick, hereby

28   provides Defendants his Statement of Damages as follows:

A.  Economic damages consisting of pain and suffering by plaintiff, and mental distress and shock to said plaintiff and loss of earning capacity caused by Defendants' conduct as described in the complaint on file herein, in excess of $500,000.00;

B.  Non-economic damages in excess of $500,000.00 and continuing, consisting of past and future medical expenses and loss of income and economic harm.

Plaintiff reserves his right to further amend her Statement of Damages.

Dated: July 2/, 2011                    DETRICK LAW OFFICE

                                 By: _____
                                     BRIAN S. DETRICK, Attorney for D'ANTONIO
                                     GARRETT

2

STATEMENT OF DAMAGES

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRIAN S. DETRICK<br>DETRICK LAW OFFICE<br>400 OCEANGATE, SUITE 800<br>400 OCEANGATE, STE. 800<br>LONG BEACH, CA  90802<br>   TELEPHONE NO.: 562-435-9102     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>   ATTORNEY FOR (Name): D'ANTONIO GARRETT | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   STREET ADDRESS: 505 SOUTH CENTRE STREET
   MAILING ADDRESS: 505 SOUTH CENTRE STREET
   CITY AND ZIP CODE: SAN PEDRO, CA  90731
   BRANCH NAME: SOUTH

| PLAINTIFF/PETITIONER: D'ANTONIO GARRETT | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE CONTAINERSHIP CO. ASA (TCC), et | NC044102 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a.  [X] summons
    b.  [X] complaint
    c.  [X] Alternative Dispute Resolution (ADR) package
    d.  [X] Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ] cross-complaint       Civil Case Coversheet Addendum and Statement of Location; Statement of
    f.  [X] other *(specify documents)*: Damages; Civil Case Coversheet Addendum and Statement of Location; Notice of Case Assignment; OSC

        Hearing; Notice of Case Management Conference; Notice of Ruling; Proof of Service

3.  a. Party served *(specify name of party as shown on documents served)*: MS E.R. Darwin
       Schiffarhtsgesellschaft mbH & Co KG
    b.  [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
            under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
        Albert Schumacher, Chief Executive Officer

4.  Address where the party was served: MS E.R. Darwin Schiffarhtsgesellschaft mbH & Co KG;
    Hohe Bleichen 12, 20354 Hamburg, Germany

5.  I served the party *(check proper box)*
    a.  [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
            receive service of process for the party  (1) on *(date)*:                      (2) at *(time)*:
    b.  [ ] by substituted service. On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or
            in the presence of *(name and title or relationship to person indicated in item 3)*:          .

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                 of the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                 place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                 address of the person to be served, other than a United States Postal Service post office box. I informed
                 him or her of the general nature of the papers.

        (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
                 at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                 *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**   Legal<br>Solutions<br>Plus   Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: D'ANTONIO GARRETT | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: THE CONTAINERSHIP CO. ASA (TCC), et | NC044102 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:                                  (2) from *(city)*:
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.)  (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*  By certified, first class mail, postage prepaid, requiring a return receipt, pursuant to the California Long Arm Statute, C.C.P. Section 415.40 addressed to Albert Schumacher, Chief Executive Officer, MS E.R. Darwin Schiffarhtsgesellschaft mbH & Co KG; Hohe Bleichen 12, 20354 Hamburg, Germany

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* MS E.R. Darwin Schiffarhtsgesellschaft mbH & Co KG
     under the following Code of Civil Procedure section:

  | | |
  | --- | --- |
  | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
  | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
  | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
  | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
  | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
  | | ☐ other: |

7. **Person who served papers**
  a. Name: JENNIFER WOOLHETHER
  b. Address: 400 OCEANGATE, STE. 800, LONG BEACH, CA 90802
  c. Telephone number: 562-435-9102
  d. The fee for service was: $ 0.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/2/11

JENNIFER WOOLHETHER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                    (SIGNATURE)

# Exhibit 4

1  WILLIAM N. BROOKS II, ESQ.
   SBN: 183433
2  LAW OFFICES OF WILLIAM N. BROOKS
   100 WEST BROADWAY, SUITE 675
3  LONG BEACH, CALIFORNIA 90802
   (562) 437-2081; (562) 437-2091 (fax)
4  wbrooks@wnblaw.com

5  Attorney for Lien Claimants,
   TraPac, Inc., and Signal Mutual
6  Indemnity Association

7

8                    SUPERIOR COURT OF CALIFORNIA

9                        COUNTY OF LOS ANGELES

10                          SOUTH DISTRICT

11

12  D'ANTONIO GARRETT,                )   CASE NO.: NC044102
                                      )   [Unlimited Jurisdiction]
13              Plaintiff,            )
                                      )
14  vs.                              )   NOTICE OF LIEN OF LIEN CLAIMANTS,
                                      )   TRAPAC, INC., AND SIGNAL MUTUAL
15  THE CONTAINERSHIP CO. ASA (TCC),  )   INDEMNITY    ASSOCIATION;
    MS E.R. DARWIN                    )   MEMORANDUM   OF   POINTS   AND
16  SCHIFFARGTSGESELLSCHAFT, and      )   AUTHORITIES; AND DECLARATION OF
    DOES 1-50, inclusive,            )   EDWARD   H.   SAKAI   IN   SUPPORT
17                                    )   THEREOF
                Defendants.           )
18  ─────────────────────────────    )
                                      )   Complaint Filed:    July 12, 2011
19  TRAPAC, INC., Employer, and       )
    SIGNAL MUTUAL INDEMNITY           )
20  ASSOCIATION, Insurance Carrier,   )
                                      )
21              Lien Claimants.       )

22

23  TO THE CLERK OF THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

24       NOTICE IS HEREBY GIVEN that TraPac, Inc., Employer, and Signal Mutual Indemnity

25  Association, Insurance Carrier (hereinafter collectively referred to as "Lien Claimants"), have furnished

26  Plaintiff, D'Antonio Garrett, workers' compensation benefits under the Longshore and Harbor Workers'

27  Compensation Act (hereinafter the "LHWCA"), 33 U.S.C. §§ 901-950.  In particular, pursuant to

28  Sections 7 and 8 of the LHWCA, 33 U.S.C. §§ 907-908, Lien Claimants have paid Plaintiff benefits

                                      1
                                                                    Notice of Lien

as follows:

| BENEFITS | AMOUNT |
|----------|--------|
| Disability | $35,202.19 |
| Medical | $19,571.95 |
| Total | $54,774.14 |

Notice is also hereby given that Lien Claimants may be liable to Plaintiff for future payment of LHWCA benefits.

As more fully described in the Memorandum of Points and Authorities attached hereto and incorporated herein by this reference, Lien Claimants have a first lien against the net proceeds of any settlement or award obtained by Plaintiff against the Defendants.  Moreover, as Lien Claimants may have an ongoing obligation to furnish LHWCA benefits to Plaintiff, the amount of their lien may increase.  Accordingly, Lien Claimants will periodically file amended notices of lien to reflect any increase in the LHWCA benefits they have paid to Plaintiff as a result of the January 21, 2011, incident.

Dated: December ____, 2011

Respectfully Submitted,

**LAW OFFICES OF WILLIAM N. BROOKS**

By: _____
WILLIAM N. BROOKS II, ESQ.
Attorney for Lien Claimants

2

Notice of Lien

## MEMORANDUM OF POINTS AND AUTHORITIES

Lien Claimants file this Notice of Lien regarding the compensation benefits they have paid Plaintiff pursuant to the LHWCA. As more fully discussed below, Lien Claimants are entitled to recoup their entire lien for compensation benefits paid from the net proceeds of any settlement or award obtained by Plaintiff from Defendants.

### I.

## STATEMENT OF FACTS

On or about January 21, 2011, Plaintiff in this action, D'Antonio Garrett, was employed by TraPac, Inc., as a lasher. Signal Mutual Indemnity Association insures TraPac, Inc., for its liability for workers' compensation benefits under the LHWCA. All such claims are administered by Lamorte Burns & Company, Inc., the third party administrator for TraPac, Inc., and Signal Mutual Indemnity Association.

Plaintiff alleges that while within the course and scope of his employment duties on January 21, 2011, he sustained multiple injuries when he fell off a vessel docked at TraPac's shipping terminal. Plaintiff further alleges, *inter alia*, that this incident was caused by the negligence of Defendants, and each of them. Plaintiff has filed the above-captioned lawsuit against said Defendants in the Superior Court for the State of California, County of Los Angeles, for damages directly and proximately caused by their negligence.

As a proximate result of the accident and resulting damages sustained by Plaintiff, Lien Claimants voluntarily commenced the payment of disability benefits to Plaintiff. Currently, Lien Claimants have made disability compensation payments to Plaintiff in the sum of $35,202.19. Furthermore, Lien Claimants have provided medical care and treatment to or on behalf of Plaintiff, to date in the sum of $19,571.95. Lien Claimants may also be liable to Plaintiff for future payment of temporary and/or permanent disability benefits pursuant to the Section 8 of LHWCA, as well as medical care and treatment pursuant to Section 7 of the LHWCA.

//
//
//

Notice of Lien

## II.

## ARGUMENT

**LIEN CLAIMANTS ARE ENTITLED TO BE REIMBURSED FOR ALL COMPENSATION AND MEDICAL BENEFITS PAID TO PLAINTIFF AS A RESULT OF DEFENDANTS' NEGLIGENCE, SAID REIMBURSEMENT TO BE MADE OUT OF THE NET PROCEEDS OF ANY SETTLEMENT OR AWARD OBTAINED BY PLAINTIFF FROM DEFENDANTS HEREIN.**

The LHWCA does not expressly provide for reimbursement of benefits that an employer has paid to or on behalf of an injured worker, from a judgment or settlement obtained by that injured worker from a negligent third party. *Bloomer v. Liberty Mutual Insurance Company*, 445 U.S. 74 (1980). The courts have however held that employers have a subrogation right to be reimbursed from a worker's net recovery from a third-party, for the full amount of compensation already paid. *See, e.g., Peters v. North River Insurance Company*, 764 F.2d 306, 17 BRBS 114 (CRT) (5th Cir. 1985). By payment of compensation due under the LHWCA, an employer acquires an "inviolable" lien against recovery by the employee against the third-party tortfeasor for full reimbursement, even if that recovery does not duplicate the LHWCA benefits. *See, e.g., Jacques v. Calmar Industries, AB*, 8 F.3d 272 (5th Cir. 1993); *Force v. Director, OWCP*, 938 F.2d 981 (9th Cir. 1991).

A third-party recovery by the employer or its insurer is not reduced by the comparative negligence of the employer, even where negligence of the employer contributes to the employee's injury. The defendants are responsible for a third-party claim in full. *Edmonds v. Compagnie Generale Transatlantique*, 443 U.S. 256 (1979); *Dodge v. Mitsui Shintaku-Ginko K.K. Tokyo*, 1975 AMC 2462 9th Cir. 1975). Moreover, the employer or insurance carrier is entitled to recoup its entire lien even if the third-party award is reduced due to the employee's contributory or comparative negligence. *Hayden v. Kerr-McGee*, 787 F.2d 1000, *reh'g denied*, 790 F.2d 890 (5th Cir. 1986); *Haines v. Rederi A/S ALADDIN*, 362 F.2d 345 (5th Cir. 1966), *cert. denied*, 385 U.S. 1020 (1967). Furthermore, the compensation carrier's lien entitles it to receive full recovery out of the longshore worker's recovery, without bearing any part of the worker's attorneys fees, absent an agreement to the contrary. *Bloomer v. Liberty Mutual Insurance Company*, 445 U.S. 74 (1980); *Bartholomew v. CNG Producing Company*, 862 F.2d 555 (5th Cir. 1989). Therefore, pursuant to the LHWCA, Lien Claimants have a right to be reimbursed for the full amount of compensation and medical benefits they have already provided, said

1  reimbursement to be paid from the Plaintiff's net recovery obtained from the Defendants.

2        Moreover, pursuant to the LHWCA, Lien Claimants may have an ongoing obligation to provide

3  Plaintiff with compensation and medical benefits as a result of the January 21, 2011, incident.

4  Accordingly, amended notices of lien will be filed periodically by Lien Claimants to reflect the

5  increased compensation benefits paid, if any.

6                                                III.

7                                         **CONCLUSION**

8        Based upon the aforementioned, the parties to this action are placed on notice that Lien

9  Claimants have a first lien currently in the amount of $54,774.14 resulting from payment of

10  compensation and medical benefits to or on behalf of Plaintiff. Furthermore, the parties are on notice

11  that Lien Claimants are entitled to be reimbursed for these benefits out of the net proceeds of any

12  settlement or award obtained by Plaintiff from Defendants herein. Moreover, Lien Claimants may have

13  an ongoing obligation to continue payment of these benefits to Plaintiff and will file amended notices

14  of their lien in the future, so as to reflect any increase in the amount of said lien.

15

16  Dated: December **5**, 2011                    Respectfully Submitted,

17                                         **LAW OFFICES OF WILLIAM N. BROOKS**

18

19  By: _WILLIAM M. BROOKS_

20        WILLIAM N. BROOKS II, ESQ.
        Attorney for Lien Claimants

21

22

23

24

25

26

27

28

                                    5

**DECLARATION OF EDWARD H. SAKAI IN SUPPORT OF NOTICE OF LIEN**

I, Edward H. Sakai, declare and state:

1.  I am currently employed as an Assistant Manager for Lamorte Burns & Company, Inc., Third Party Administrator for TraPac, Inc., and Signal Mutual Indemnity Association;

2.  I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could and would competently testify thereto;

3.  On or about January 21, 2011, Plaintiff in this action, D'Antonio Garrett, was employed by TraPac, Inc., as a lasher. Signal Mutual Indemnity Association insures TraPac, Inc., for its workers' compensation liability under the LHWCA;

4.  While within the course and scope of his employment duties on January 21, 2011, Plaintiff sustained multiple injuries when he fell off a vessel docked at TraPac's shipping terminal. Plaintiff has filed the above-captioned lawsuit against said Defendants in the Superior Court for the State of California, County of Los Angeles, for damages proximately caused by their negligence; and

5.  As a proximate result of the accident and resulting injuries sustained by Plaintiff, Lien Claimants voluntarily commenced payment of disability compensation benefits to Plaintiff under the LHWCA, said benefits totaling $35,202.19 to date. Lien Claimants have also paid medical benefits to or on behalf of Plaintiff pursuant to the LHWCA, said payments currently in the amount of $19,571.45. Lien Claimants may also have an ongoing obligation to furnish compensation and medical benefits to Plaintiff pursuant to 33 U.S.C. §§ 907, 908.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this **5** day of December, 2011, at Long Beach, California.

EDWARD H. SAKAI

6

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                             ) ss.
COUNTY OF LOS ANGELES    )

       I am employed in the aforesaid County; I am over the age of eighteen years and not a party to the within action; my business address is 100 West Broadway, Suite 675, Long Beach, California, 90802.

       On December 5, 2011, I served the within **NOTICE OF LIEN OF LIEN CLAIMANTS, TRAPAC, INC., AND SIGNAL MUTUAL INDEMNITY ASSOCIATION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF EDWARD H. SAKAI IN SUPPORT THEREOF**, on the named parties in said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Long Beach, California addressed as follows:

Rodney C. Pranin, Esq.
Law Offices of Rodney C. Pranin
302 West Fifth Street, Suite 304
San Pedro, California 90731

Brian S. Detrick, Esq.
Detrick Law Office
400 Oceangate, Suite 800
Long Beach, California 90802

William H. Collier Jr., Esq.
Keesal, Young & Logan
P.O. Box 1730
Long Beach, California 90801-1730

Mr. Edward Sakai
Lamorte Burns & Company, Inc.
320 Golden Shore, Suite 130
Long Beach, California 90802

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5 day of December, 2011, at Long Beach, California .

JENNIFER NIELSEN

7

Notice of Lien

1   **WILLIAM N. BROOKS II, ESQ.**
    SBN: 183433
2   **LAW OFFICES OF WILLIAM N. BROOKS**
    **100 WEST BROADWAY, SUITE 675**
3   **LONG BEACH, CALIFORNIA 90802**
    **(562) 437-2081; (562) 437-2091 (fax)**
4   **wbrooks@wnblaw.com**

5   Attorney for Lien Claimants,
    TraPac, Inc., and Signal Mutual
6   Indemnity Association

7

8                   **SUPERIOR COURT OF CALIFORNIA**

9                       **COUNTY OF LOS ANGELES**

10                            **SOUTH DISTRICT**

11

12  D'ANTONIO GARRETT,                  )   CASE NO.: NC044102
                                        )   [Unlimited Jurisdiction]
13                  Plaintiff,          )
    vs.                                 )
14                                      )   **LIEN CLAIMANTS' REQUEST FOR**
    THE CONTAINERSHIP CO. ASA (TCC),    )   **PLEADINGS AND DISCOVERY**
15  MS E.R. DARWIN                      )
    SCHIFFARGTSGESELLSCHAFT, and        )
16  DOES 1-50, inclusive,               )   Complaint Filed:     July 12, 2011
                                        )
17                  Defendants.         )
    _____    )
18                                      )
    TRAPAC, INC., Employer, and         )
19  SIGNAL MUTUAL INDEMNITY             )
    ASSOCIATION, Insurance Carrier,     )
20                                      )
                    Lien Claimants.     )
21  _____    )

22

23  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24      **COME NOW,** Lien Claimants, TraPac, Inc., Employer, and Signal Mutual Indemnity

25  Association, Insurance Carrier, by counsel, the Law Offices of William N. Brooks, and hereby request

26  that all prior and future documents filed and served in this matter, including all pleadings, discovery

27  requests, and responses to discovery requests, be served on counsel for Lien Claimants as follows:

28  //

                                       1
                                           _____
                                           Request for Pleadings and Discovery

1

William N. Brooks II, Esq.
Law Offices of William N. Brooks
2                100 West Broadway, Suite 675
Long Beach, California 90802
3                (562) 437-2081
(562) 437-2091 (fax)
4                wbrooks@wnblaw.com

5

6  Dated: December __5__, 2011        Respectfully Submitted,

7                   **LAW OFFICES OF WILLIAM N. BROOKS**

8

9              By:

10                 WILLIAM N. BROOKS II, ESQ.
Attorney for Lien Claimants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                      2              Request for Pleadings and Discovery

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                               ) ss.
COUNTY OF LOS ANGELES    )

     I am employed in the aforesaid County; I am over the age of eighteen years and not a party to the within action; my business address is 100 West Broadway, Suite 675, Long Beach, California, 90802.

     On December 5, 2011, I served the within **LIEN CLAIMANTS' REQUEST FOR PLEADINGS AND DISCOVERY,** on the named parties in said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Long Beach, California addressed as follows:

Rodney C. Pranin, Esq.
Law Offices of Rodney C. Pranin
302 West Fifth Street, Suite 304
San Pedro, California 90731

Brian S. Detrick, Esq.
Detrick Law Office
400 Oceangate, Suite 800
Long Beach, California 90802

William H. Collier Jr., Esq.
Keesal, Young & Logan
P.O. Box 1730
Long Beach, California 90801-1730

Mr. Edward Sakai
Lamorte Burns & Company, Inc.
320 Golden Shore, Suite 130
Long Beach, California 90802

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5 day of December, 2011, at Long Beach, California .

JENNIFER NIELSEN

3                            Request for Pleadings and Discovery

# Exhibit 5

1  WILLIAM H. COLLIER, JR., CASB No. 97491
   william.collier@kyl.com
2  JENNIFER L. MEEKER, CASB No. 260138
   jennifer.meeker@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
5  Telephone:   (562) 436-2000
   Facsimile:   (562) 436-7416
6
   Attorneys for Defendant
7  MS E.R. DARWIN SCHIFFARHTSGESELLSCHAFT
   mbH & CO KG (named as DOE 1)
8
9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10              FOR THE COUNTY OF LOS ANGELES

11

12  D'ANTONIO GARRETT,                    )  Case No. NC044102
                                          )
13                        Plaintiff,      )  *Action Filed:  July 12, 2011*
                                          )
14             vs.                        )  *ASSIGNED FOR ALL PURPOSES TO:*
                                          )      *Judge Roy L. Paul, Dept. 88C*
15  THE CONTAINERSHIP CO. ASA (TCC)       )
    and                                   )  **NOTICE TO THE CLERK OF THE**
16  DOES 1-50, inclusive,                 )  **SUPERIOR COURT OF THE FILING**
                                          )  **OF REMOVAL AND REMOVAL OF**
17                        Defendants.     )  **ACTION TO FEDERAL COURT**
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22  _____  )

23

24  TO THE CLERK OF THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

25  FOR THE COUNTY OF LOS ANGELES:

26          PLEASE TAKE NOTICE that on January 9, 2012, MS E.R. DARWIN

27  SCHIFFARHTSGESELLSCHAFT mbH & CO KG (named as DOE 1) removed the

28  above-entitled action to the United States District Court for the Central District of

                                  - 1 -                        KYL_LB1461714

1   California.  Attached hereto as Exhibit A are true and correct copies of the Notice of

2   Filing of Removal of Action, Notice of Removal, and the Declaration of Jennifer L.

3   Meeker, the originals of which have been filed in the United States District Court for the

4   Central District of California in connection with the above-entitled action.

5           PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C.

6   section 1446(d), the filing of the attached Notice of Removal with the federal court effects

7   removal of this action, and this Court may proceed no further unless and until the case

8   is remanded.

9

10

11  DATED: January 9, 2012

12                                          WILLIAM H. COLLIER, JR.
                                            JENNIFER L. MEEKER
13                                          KEESAL, YOUNG & LOGAN
                                            Attorneys for Defendants
14                                          MS E.R. DARWIN
                                            SCHIFFARHTSGESELLSCHAFT MBH &
15                                          CO KG (named as DOE 1)

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California  90801-1730.

     On January 9, 2012, I served the foregoing documents described as NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE FILING OF REMOVAL AND REMOVAL OF ACTION TO FEDERAL COURT on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Brian S. Detrick, Esq. | Rodney C. Pranin Esq. |
| Detrick Law Office | Law Offices of Rodney C. Pranin |
| 400 Oceangate, Suite 800 | 302 West 5th Street, Suite 100 |
| Long Beach, California 90802 | San Pedro, California 90731 |
| FAX: 562/432-2134 | FAX: 310/830-0999 |
| DetrickLawOffice@earthlink.net | praninlaw@sbcglobal.net |

     ☒     BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Long Beach, California.

     Executed on January 9, 2012 at Long Beach, California.

     I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                      _Sandy Parker_

                         SANDY PARKER

1 | WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
2 | JENNIFER L. MEEKER, CASB No. 260138
jennifer.meeker@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
5 | Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416
6 |
Attorneys for Defendant
7 | MS E.R. DARWIN SCHIFFARHTSGESELLSCHAFT
MBH & CO KG (named as DOE 1)
8 |

9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

10 | FOR THE COUNTY OF LOS ANGELES

11 |

12 | D'ANTONIO GARRETT,                    )   Case No. NC044102
                                          )
13 |                    Plaintiff,        )   *Action Filed: July 12, 2011*
                                          )
14 |         vs.                          )   *ASSIGNED FOR ALL PURPOSES TO:*
                                          )      *Judge Roy L. Paul, Dept. 88C*
15 | THE CONTAINERSHIP CO. ASA (TCC)      )
and                                       )   **NOTICE TO ADVERSE PARTY OF**
16 | DOES 1-50, inclusive,                )   **REMOVAL TO FEDERAL COURT**
                                          )
17 |                    Defendants.       )
                                          )
18 |                                      )
                                          )
19 |                                      )
                                          )
20 | _____    )

21 | TO PLAINTIFF D'ANTONIO GARRETT AND HIS ATTORNEYS OF RECORD:

22 |         PLEASE TAKE NOTICE that a Notice of Removal of this action was filed

23 | in the United States District Court for the Central District of California on January 9,

24 | 2012.

25 | ///

26 |

27 |

28 | ///

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1   A copy of said Notice of Removal is attached hereto as Exhibit A, and is served and filed

2   herewith.

3

4   DATED: January 9, 2012

5                                          _____
                                           WILLIAM H. COLLIER, JR.
6                                          JENNIFER L. MEEKER
                                           KEESAL, YOUNG & LOGAN
7                                          Attorneys for Defendants
                                           MS E.R. DARWIN
8                                          SCHIFFARHTSGESELLSCHAFT MBH &
                                           CO KG (named as DOE 1)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

KYL_LB1461715

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California  90801-1730.

     On January 9, 2012, I served the foregoing documents described as NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Brian S. Detrick, Esq.<br>Detrick Law Office<br>400 Oceangate, Suite 800<br>Long Beach, California 90802<br>FAX:  562/432-2134<br>DetrickLawOffice@earthlink.net | Rodney C. Pranin Esq.<br>Law Offices of Rodney C. Pranin<br>302 West 5th Street, Suite 100<br>San Pedro, California 90731<br>FAX:  310/830-0999<br>praninlaw@sbcglobal.net |

    ☒    BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Long Beach, California.

     Executed on January 9, 2012 at Long Beach, California.

     I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


_____
SANDY PARKER

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California  90801-1730.

     On January 9, 2012, I served the foregoing documents described as NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(A) (DIVERSITY JURISDICTION on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Brian S. Detrick, Esq.  
Detrick Law Office  
400 Oceangate, Suite 800  
Long Beach, California 90802  
FAX:  562/432-2134  
DetrickLawOffice@earthlink.net

Rodney C. Pranin Esq.  
Law Offices of Rodney C. Pranin  
302 West 5th Street, Suite 100  
San Pedro, California 90731  
FAX:  310/830-0999  
praninlaw@sbcglobal.net

     ☒    BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Long Beach, California.

     Executed on January 9, 2012 at Long Beach, California.

     I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                   _Sandy Parker_

                 SANDY PARKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV12- 210 GAF (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

DI ANTONIO GARRETT

**DEFENDANTS**

MS E.R. DARWIN SCHIFFARHTSGESELLSCHAFT MBH & CO KG (NAMED AS DOE 1)

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

WILLIAM H. COLLIER, JR. (CASB 97491)
JENNIFER L. MEEKER (CASB 260138)
KEESAL, YOUNG & LOGAN
400 Oceangate, P.O. Box 1730
Long Beach, CA 90801-1730
(562) 436-2000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

1 U.S. Government Plaintiff ☐
2 U.S. Government Defendant ☐
3 Federal Question (U.S. Government Not a Party) ☐
4 Diversity (Indicate Citizenship of Parties in Item III) ☒

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

1 Original Proceeding ☐
2 Removed from State Court ☒
3 Remanded from Appellate Court ☐
4 Reinstated or Reopened ☐
5 Transferred from another district (specify): ☐
6 Multi-District Litigation ☐
7 Appeal to District Judge from Magistrate Judge ☐

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. §§ 1332, 1441(A), and 1446

**VII. NATURE OF SUIT** (Place an X in one box only.)

CV12 00210

FOR OFFICE USE ONLY: Case Number _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08) CIVIL COVER SHEET Page 1 of 2 CCD-JS44

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes
If yes, list case number(s):

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes
If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]  A.  Arise from the same or closely related transactions, happenings, or events; or

[ ]  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]  C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]  D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
[ ]  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
[ ]  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Germany |

(c)  List the County in this District; California County outside of this District, State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date January 9, 2012
JENNIFER L. MEEKER

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |